LAW OFFICE OF DAVID S. BARRETT
David S. Barrett (SB# 209986)
117 'J' Street, Suite 300
Sacramento, CA 95814
Telephone:   (916) 440-0233
Facsimile:    (916) 440-0237

Attorney for Plaintiff
CYNERGY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNERGY, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDA ROBISON; WRINKLE-FREE-SKIN-TIPS.COM and DOES 1 to 10, inclusive,<br><br>        Defendants.<br>―――――――――――――――――<br>LINDA ROBISON; WRINKLE-FREE-SKIN-TIPS.COM.<br><br>        Counter-Claimant<br><br>vs.<br><br>CYNERGY, LLC,<br><br>        Counter-Defendant, | Case No.  2:11-cv-00775-MCE-JFM<br><br>JUDGMENT FOR PERMANENT INJUNCTION |

This matter, having come before the Court upon the stipulation of the parties, the parties having agreed to the entry of this injunction as a condition for the dismissal of this case, and the Court being otherwise fully advised in the premise;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

Defendants LINDA ROBISON and WRINKLE-FREE-SKIN-TIPS.COM, (collectively the "Defendants") and their officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently and forever enjoined from using, selling, offering for sale, importing, distributing or advertising the trademarks "DERMAROLLER" and "DERMA ROLLER" and any other names and/or logos and phrases confusingly similar thereto as provided under the Lanham Act, alone or in combination with micro-needling devices, transdermal drug delivery system, and/or devices used to roll creams and substances into the skin or related products (the "Injunction").

**IT IS FURTHER ORDERED** that this Injunction shall not prohibit Defendants from informing customers and potential customers that Linda Robison and Wrinkle-Free-Skin-Tips.Com previously sold products bearing the trademarks in dispute and/or that Robison and Wrinkle-Free-Skin-Tips.Com has changed its product names and logos as provided in the Settlement Agreement.

**IT IS FURTHER ORDERED** that Defendants, and their officers, agents, servants, employees, and representatives, and all persons and entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other entity, in connection with the labeling, advertising, promotion, offering for sale, sale, or distribution of any micro-needling device, in or affecting commerce, are hereby permanently enjoined from representing, in any manner, expressly or by implication, including through the use of endorsements or trade name, that:

    A.    Disseminate any advertisement or document containing the representation that a micro-needle device, including those obtained from Drug Aware, Ltd., was "accredited by" the U.S. Food and Drug Administration when it was not;

1    B.  Disseminate any advertisement or document containing the representation that the
2        micro-needle device, including those obtained from Drug Aware, Ltd., was
3        "certified by" the U.S. Food and Drug Administration when it was not;
4    C.  Disseminate any advertisement or document containing the representation that the
5        micro-needle device, including those obtained from Drug Aware, Ltd., was
6        "approved by" the Food and Drug Administration when it was not;
7    D.  Disseminate any advertisement or document containing the representation that the
8        micro-needle device being sold is a 'Scientia Dermaroller' when the product
9        actually being delivered by Drug Aware, Ltd. is a product called Dr. Roller;
10   E.  Disseminate any advertisement or document containing the representation that
11       Drug Aware manufacturers the 'Scientia Dermaroller' if the product being
12       delivered by Drug Aware, Ltd. was actually manufactured by a person or business
13       other than Drug Aware, Ltd.;

Nothing in this Order shall prohibit Defendants from making any representation for any drug or good that is permitted in the labeling for such good or drug under any tentative or final standard promulgated by the United States Food and Drug Administration.

**IT IS FURTHER ORDERED THAT** Defendants' acts prior to the date of this Order shall not constitute a violation of this injunction.  By way of example, Defendants have authored articles or posts promoting or referencing the DERMAROLLER and/or DERMA ROLLER trademark and products that have been published on third party websites that Defendants do not control.  DEFENDANTS shall have no obligation to remove such articles or posts from such third party websites, and the continued existence of such articles or posts on third party websites shall not constitute a violation of this injunction.

**IT IS FURTHER ORDERED** that this Injunction shall be deemed to have been served upon the Defendants and each of them at the time of its execution by the Court.

///

///

///

3
JUDMENT FOR PERMANENT INJUNCTION

1 **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

**IT IS SO ORDERED.**  The Clerk's Office is directed to close this case in its entirety.

Dated:  December 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE